OGDENSBURGH & LAKE CHAMPLAIN R. Co. *v.* THE NASHUA & LOWELL R. Co.

*(Circuit Court, D. New Hampshire.   February 24, 1881.)*

In Equity.   Demurrer.

*Sidney Bartlett* and *Wallace Hachett,* for plaintiff.

*F. A. Brooks,* for defendants.

The bill in this case is like that passed upon in *Ogdensburgh & Lake Champlain R. Co.* v. *Boston & Lowell R. Corp.,* 4 FED. REP. 64, and has not been amended to meet the objections sustained in that case.

The order must therefore must be: Demurrer sustained.